254

Gregory Nahay and Helen Nahay, Otherwise Known as Gregory Nahaj and Helen Nahaj, Appellees, v. Paul Malawka et al., Appellants.

Gen. No. 42,431.

opinion filed May 10, 1943. Walter A. Witowski and Richard J. Cooney, for appellants; Patrick T. Harrington, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

People of the State of Illinois ex rel. Fred W. Goodloe, Appellant, v. James P. Allman et al., Appellees.

Gen. No. 42,452.

opinion filed May 10, 1943. William A. Booker, for appellant; Houston H. Hall of Braden, Hall, Barnes & Blakey, of counsel; Barnet Hodes, Corporation Counsel, for appellees; J. Herzl Segal, Carl H. Lundquist and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."